United States District Court
Middle District of Florida
Jacksonville Division

**ERIC ALEXIS RANDALL,**

    *Plaintiff,*

v.                                                       **NO. 3:19-cv-153-J-34PDB**

**BARBER AND ASSOCIATES ROOFING INC., ETC.,**

    *Defendants.*

# Order

The plaintiff, proceeding without a lawyer, sues the defendants for alleged race discrimination and retaliation. He filed a complaint and, at the court's direction, an amended complaint. Docs. 1, 4, 6. The defendants move to dismiss the amended complaint or for a more definite statement. Doc. 17. He moves to file a second amended complaint to add a defendant inadvertently omitted. Doc. 18. He states the defendants "conferred," which the Court understands to mean the defendants do not oppose the motion. Doc. 18 at 1.

Given the liberal amendment standard under Rule 15, the apparent absence of opposition, the early stage of the case, and the reasons in the plaintiff's motion, the Court **grants** the plaintiff's motion, Doc. 18, and **directs** the clerk to docket the second amended complaint, Doc. 18-1, with exhibits, Docs. 18-2, 18-3, as a standalone docket entry. The Court **denies without prejudice** the defendants' motion to dismiss the amended complaint, Doc. 17, as moot. The defendants must respond to

the second amended complaint by **September 6, 2019**.

**Ordered** in Jacksonville, Florida, on August 20, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of record

Eric A. Randall
7744 Barry Drive East
Jacksonville, FL 32208