**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ERIC ALEXIS RANDALL,

                      Plaintiff,

v.                                                   Case No.   3:19-cv-153-J-34PDB

BARBER AND ASSOCIATES ROOFING
INC., et al.,

                      Defendants.

_____

## O R D E R   O F   D I S M I S S A L

      **THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 36; Stipulation) filed on October 31, 2019.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1. Accordingly, it is hereby

      **ORDERED:**

      1.     This case is **DISMISSED with prejudice**.

      2.     Each party shall bear his or its own costs and attorneys' fees.

      3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE AND ORDERED** in Jacksonville, Florida this 1st day of November, 2019.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties